IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON BURNIGHT,

        Petitioner,               No. CIV S-06-2398 LKK KJM P

    vs.

THOMAS CAREY, Warden, et al.,

        Respondents.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

1

1      2. If the response to the habeas petition is an answer, petitioner's reply, if any,
2  shall be filed and served within thirty days after service of the answer;
3      3. If the response to the habeas petition is a motion, petitioner's opposition or
4  statement of non-opposition to the motion shall be filed and served within thirty days after
5  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
6  thereafter; and
7      4. The Clerk of the Court shall serve a copy of this order together with a copy of
8  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
9  Senior Assistant Attorney General.
10 DATED: December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
burn2398.100feekjm

2