UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON BURNIGHT, | No. 2:05-cv-02019-MCE-CHS |
|     Petitioner, | |
|   v. | **CASE REASSIGNMENT ORDER** |
| T. CAREY, Warden, | |
|     Respondent. | |
| JON BURNIGHT, | No. 2:06-cv-02398-RSL-JLW |
|     Petitioner, | |
|   v. | |
| THOMAS CAREY, Warden, et al., | |
|     Respondents. | |
| JON BURNIGHT, | No. 2:08-cv-01894-GEB-DAD |
|     Petitioner, | |
|   v. | |
| D.K. SISTO, Warden, | |
|     Respondent. | |

----oo0oo----

1

All three of the above-captioned cases are habeas corpus petitions filed by the same Petitioner, Jon Burnight. Although the petitions challenge three separate denials by the California Board of Parole Hearings, they nonetheless arise from the same commitment offense and provide similar legal claims. The earliest filed case, Burnight v. Carey, (Case No. 2:05-cv-02019-MCE-CHS) has been administratively stayed pending a decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F.3d 797 (9th Cir. May 16, 2008). It would also appear prudent to await a decision in Hayward with regard to the two other cases, since their facts and legal claims also closely parallel the issues presented in Hayward.

Reassignment to a single judge under these circumstances would both avoid duplication of judicial effort and the potential for inconsistent disposition. Reassignment would also appear authorized by Local Rule 81-190(d), which provides for the assignment of subsequent petitions filed by the same Petitioner to the Judge or Magistrate judge who considered the prior petition. Consequently, as the Judge with the earliest filed petition filed by Mr. Carey, I request that his two subsequently filed petitions also be reassigned to me. If the reassignment is approved by the Chief Judge, all documents thereafter filed in all three cases shall bear the filing designation MCE-CHS.

Dated: July 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

The reassignment of <u>Burnight v. Carey, et al.</u>, Case No. 2:06-cv-02398-RSL-JLW, and <u>Burnight v. Sisto</u>, Case No. 2:08-cv-01894-GEB-DAD, to the Honorable Morrison C. England, Jr., is approved.  The Clerk of Court shall make the appropriate adjustments in the assignment of civil cases to reflect this reassignment.

IT IS SO ORDERED.

**Dated:   July 27, 2009**              /s/ Anthony W. Ishii
                           CHIEF UNITED STATES DISTRICT JUDGE